AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Gregory Thompson

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:06 M102 A

**I, Gregory Thompson, charged in a ☑ complaint ☐ petition pending in this District with**

**in violation of Title 21, U.S.C., 841(a)(1) + 846,**

**and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.**

[signature]
*Defendant*

10/4/06
*Date*

[signature]
*Counsel for Defendant*