IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 124-01ML |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (c)(1) & (c)(2) |
| GREGORY M. THOMPSON, | ) | & 843(a)(6) & (d)(2) & 846 & |
| a/k/a Jacob Matlin | ) | 21 U.S.C. §§801 through 904 & |
| ROGER A. MURRAY | ) | 18 U.S.C. §2 |

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT ONE

From a time unknown up to and including on or about October 3, 2006, in the District of Rhode Island and elsewhere, the Defendants, GREGORY M. THOMPSON, a/k/a Jacob Matlin, and ROGER A. MURRAY, did knowingly, intentionally and wilfully combine, conspire, confederate and agree with each other, and with others known and unknown to the grand jury to manufacture methamphetamine, a Schedule II Controlled Substance, contrary to 21 U.S.C. §841(a)(1);

All in violation of 21 U.S.C. § 846.

COUNT TWO

From a time unknown up to and including on or about October 3, 2006, in the District of Rhode Island and elsewhere, the Defendants, GREGORY M. THOMPSON, a/k/a Jacob Matlin, and ROGER MURRAY, aided and abetted by each other, unlawfully, knowingly and intentionally possessed equipment, chemicals, products and materials used to manufacture methamphetamine, including but not

limited to: phosphorous, iodine, and ephedrine, knowing, intending and having reasonable cause to believe that said equipment, chemicals, products and materials would be used to manufacture methamphetamine, a Schedule II Controlled Substance;

In violation of 21 U.S.C. §§843(a)(6) and 843(d)(2) and 18 U.S.C. §2.

COUNT THREE

From a time unknown up to and including on or about October 3, 2006, in the District of Rhode Island and elsewhere, the Defendants, GREGORY M. THOMPSON, a/k/a Jacob Matlin, and ROGER MURRAY, aided and abetted by each other, knowingly and intentionally possessed a listed chemical, to wit: iodine, as defined in 21 U.S.C. §802, knowing, intending and having reasonable cause to believe the iodine would be used to manufacture methamphetamine, a Schedule II Controlled Substance, in a manner other than authorized by 21 U.S.C. §§801 through 904;

In violation of 21 U.S.C. §§841(c)(1) and 841(c)(2), and 18 U.S.C. §2.

COUNT FOUR

From a time unknown up to and including on or about October 3, 2006, in the District of Rhode Island and elsewhere, the Defendant, GREGORY M. THOMPSON, a/k/a Jacob Matlin, knowingly and intentionally possessed a listed chemical, to wit: ephedrine, as

defined in 21 U.S.C. §802, knowing, intending and having reasonable cause to believe the ephedrine would be used to manufacture methamphetamine, a Schedule II Controlled Substance, in a manner other than authorized by 21 U.S.C. §§801 through 904;

In violation of 21 U.S.C. §§841(c)(1) and 841(c)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Criminal Chief

DATE: 11/1/06