PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☒ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): MARY E. ROGERS

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation/RISP

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

1:06-M-102A

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Gregory M. Thompson

Addres

☐ I

REDACTED

Birth Date

n

able)

Socia

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☒ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT. | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | ESTIMATED TRIAL DAYS: 5 | | ☐ Felony ☐ Misdemeanor |

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

DEFENDANT GREGORY M. THOMPSON

Count One: 21 U.S.C. § 846 - Conspiracy
PENALTIES: 20 years imprisonment; $1,000,000 fine; at least 3 years supervised release; $100 mandatory special assessment.

Count Two: 21 U.S.C. §§ 843(a)(6) and 843(d)(2); 18 U.S.C. § 2 - Aided and abetted by each other, unlawfully, knowingly and intentionally possessed equipment, chemicals, products and materials used to manufacture methamphetamine, a Schedule II Controlled Substance.
PENALTIES: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

Count Three: 21 U.S.C. §§ 841(c)(1) and 841 (c)(2); 18 U.S.C. § 2 - Aided and abetted by each other, unlawfully, knowingly and intentionally possessed a listed chemical, to wit: iodine, knowing, intending and having reasonable cause to believe the iodine would be used to manufacture methamphetamine, a Schedule II Controlled Substance.
PENALTIES: 20 years imprisonment; $1,000,000 fine; 3 years supervised release; $100 mandatory special assessment.

Count Four: 21 U.S.C. §§ 841(c)(1) and 841(c)(2) - Knowingly and intentionally possessed a listed chemical, to wit: ephadrine, knowing, intending and having reasonable cause to believe the ephedrine would be used to manufacture methamphetamine, a Schedule II Controlled Substance.
PENALTIES: 20 years imprisonment; $1,000,000fine; 3 years supervised release; $100 mandatory special assessment.