UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-124-01ML

GREGORY M. THOMPSON :

**MOTION TO CONTINUE**

NOW COMES the defendant, through counsel, and moves to continue this matter until the Court's February of 2007 trial calendar. The grounds for this continuance are that counsel needs the additional time to fully review the discovery provided in this case and fully consider and discuss plea options with the defendant.

Pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A), the interests of justice are served by the granting of this request as the need for the investigation of the defendant's claims as outlined herein outweigh the interests of the defendant and the government in a speedy trial.

The government, through AUSA Mary Rogers, has indicated it has no objection to the granting of this motion.

GREGORY THOMPSON
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I forwarded a copy of the within to AUSA Mary Rogers, by way of ECF electronic case filing on December 7, 2006.

/s/ Mary S. McElroy, Esquire