UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-124-01ML |
| GREGORY M. THOMPSON | : | |

**MOTION TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS**

Now comes the accused, Gregory M. Thompson, by and through his counsel, and moves this Honorable Court to enlarge the time for filing pretrial motions by seven (7) days from January 22, 2007 to January 29, 2007.

In support of this motion counsel states that she will need the additional time to review the complete discovery with the defendant and fully investigate the issues in this case.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial. The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

GREGORY THOMPSON
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I forwarded a copy of the within to AUSA Mary Rogers, by way of ECF electronic case filing on January 22, 2007.

/s/ Mary S. McElroy, Esquire