UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-124-01ML |
| GREGORY M. THOMPSON | : | |

**NOTICE OF INTENTION TO PLEAD GUILTY**

Now comes Gregory Thompson, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment. Mr. Thompson requests the Court to schedule a change of plea hearing at the earliest convenience.

GREGORY THOMPSON
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I forwarded a copy of the within to AUSA Mary Rogers, by way of ECF, electronic case filing, on January 31, 2007.

/s/ Mary S. McElroy, Esquire