**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-124-01ML** |
| | ) | |
| **GREGORY M. THOMPSON** | ) | |

---

MOTION FOR SENTENCE CONSIDERATION

Now comes Gregory Thompson, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, to comply with the mandates of 18 U.S.C. § 3553(a). Mr. Thompson respectfully suggests that the Court should conclude that the advisory guideline calculations call for a sentence longer than what is necessary to comply with 18 U.S.C. § 3553(a). Mr. Thompson proposes a sentence of 120 months to serve with a period of supervised release to follow. Such a sentence would serve the goals of sentencing in this case.

Respectfully Submitted
Gregory Thompson
By and through his counsel

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Mary E. Rogers, AUSA on the 11th day of May 2007.

/s/ Mary S. McElroy