UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 1 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 06-124-01ML |
| | ) | |
| GREGORY M. THOMPSON | ) | |

Denied in part. The defendant shall comply with LR gen 102(a)(3). Mary M. Lisi USDJ 5/14/07

## MOTION TO SEAL

Now comes the accused, Gregory M. Thompson, by and through his counsel, and moves to seal the defendant's memorandum in support of sentencing. In support of this motion, counsel states that personal information contained in defendant's memorandum is similar to that contained in the pre-sentence report and as such should be considered confidential.

Respectfully submitted
Gregory M. Thompson
By his attorney,

Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, RI 02903
(401) 528-4281FAX 528-4285
mary_mcelroy@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by hand-delivery to Mary Rogers, Assistant United States Attorney and Kristin Mattias, USPO, on May 11, 2007.