UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 06-124-01ML |
| | ) | |
| GREGORY M. THOMPSON | ) | |

---

**NOTICE OF APPEAL**

Now comes the accused, Gregory M. Thompson, and notices the appeal of his sentence imposed on May 18, 2007.

Respectfully submitted
Gregory M. Thompson
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Mary Rogers, AUSA on the 23rd day of May 2007.

/s/ Mary S. McElroy