MANDATE

06-00124
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

No. 07-1827

UNITED STATES,

Appellee,

v.

GREGORY M. THOMPSON,

Defendant, Appellant.

Before

Lynch, Lipez and Howard,
Circuit Judges.

**JUDGMENT**

Entered: April 2, 2008

After pleading guilty to several drug related offenses and being sentenced to 151 months' imprisonment, defendant filed a timely notice of appeal. His appellate counsel has moved to withdraw under Anders v. California, 386 U.S. 738 (1967), and filed an accompanying brief indicating that he has reviewed the facts and the law and found no meritorious grounds for appeal. Counsel further states that he provided a copy of his Anders brief to defendant and informed him of his right to file a pro se brief. However, no such brief was filed within the applicable time limit.

The only issue identified by defense counsel as possibly deserving consideration by this court is whether the district court complied with Rule 11 of the Rules of Criminal Procedure before accepting defendant's guilty plea. In particular, counsel raises the issue whether there was enough of a colloquy on the nature of the charges, particularly where defendant disputed two aspects of the factual recitation by the prosecution; counsel also raises the issue of whether the court sufficiently explained the consequences of a guilty plea. Our review of the plea colloquy indicates that defendant's plea "was made voluntarily with the understanding of the nature of the charge and the consequences of his [plea]." Our own independent review of the entire record has revealed no other appellate issues "arguable on their merits (and therefore not frivolous)." Anders, 386 U.S. at 744. Accordingly, defense counsel's motion to withdraw is granted, and the district court's judgment is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Mt

**Deputy Clerk**

**Date:** 5/1/08

[cc: Gregory M. Thompson, Mary Rogers, Esq., Donald Lockhart, AUSA]